IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ALLEN, JR., | No. 2:22-CV-0011-DAD-DMC-P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's first motion, ECF No. 43, for an extension of time to file an opposition to Respondent's motion to dismiss. Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time due to a recent prison transfer, Petitioner's motion is granted. Petitioner may file an opposition within 30 days of the date of this order.

      IT IS SO ORDERED.

Dated: October 23, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1