1
2
3
4
5
6
7
8                        **IN THE UNITED STATES DISTRICT COURT**
9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11    ANTHONY L. ALLEN, JR.,                      No.  2:22-CV-0011-DAD-DMC-P

12                         Petitioner,

13           v.                                    <u>ORDER</u>

14    BRYAN D. PHILLIPS,

15                         Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for an

19    extension of time.  <u>See</u> ECF No. 50.

20           Petitioner seeks an extension of time to file an opposition to Respondent's motion

21    to dismiss.  The motion to dismiss was filed on March 13, 2023.  Since that date Petitioner has

22    requested and been granted two extensions of time, most recently on October 23, 2023, with an

23    opposition due within 30 days.  Petitioner's current motion was filed on February 16, 2024 – well

24    beyond the latest due date for Petitioner's opposition.  Because Petitioner has had ample time to

25    oppose Respondent's motion to dismiss, and because the current request comes after expiration of

26    the deadline to file an opposition, Petitioner's motion will be denied.

27    / / /

28    / / /

                                                1

1    Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for an extension

2 of time, ECF No. 50, is DENIED.

3

4 Dated: February 21, 2024

5                          

6           DENNIS M. COTA
            UNITED STATES MAGISTRATE JUDGE