IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ALLEN, JR., | No. 2:22-CV-0011-DAD-DMC-P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.

On March 31, 2024, the District Judge issued an order granting Respondent's motion to dismiss in part and denying the motion in part. See ECF No. 52. Pursuant to that order, this case proceeds on Petitioner's third amended petition on Petitioner's claims that his Marsden motion was improperly denied and that he was denied a trial before an unbiased jury. See id. Respondent's motion for reconsideration of the March 31, 2024, was denied by the District Judge on October 28, 2024. See ECF No. 56.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, Respondent is directed to file an answer to the third amended petition and lodge the complete state court record within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  November 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE